UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Nos. 23CR0031-H |
| Plaintiff, | |
| v. | JUDGMENT AND ORDER OF DISMISSAL |
| GUADALUPE AYALA ISASAGA, | |
| Defendant. | |

Upon the oral motion of the United States, the Court grants the government's motion to dismiss without prejudice the Information in the above-entitled case against defendant Guadalupe Ayala Isasaga. The defendant is hereby discharged as to this case.

IT IS SO ORDERED AND ADJUDGED.

IT IS SO ORDERED.
Dated: March 27, 2023

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

1

23cr0031 - H